IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOA DOAN,

    Plaintiff,

v.

SAN RAMON VALLEY SCHOOL DISTRICT,

    Defendant.
                               /

No. C 13-03866 CRB

**JUDGMENT**

    The Court, having dismissed with prejudice, enters judgment in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: May 16, 2014

    CHARLES R. BREYER
    UNITED STATES DISTRICT JUDGE