IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOA DOAN,

    Plaintiff,

v.

SAN RAMON VALLEY SCHOOL DISTRICT,

    Defendant.

No. 3:13-cv-03866-CRB

**ORDER RE LETTER**

The Court is in receipt of a letter from Hoa Doan, the Plaintiff in this matter. In the letter, Doan appears to state that he is experiencing shoulder problems after having signed a settlement for worker's compensation in January of this year, and would like this Court to file on his behalf an untimely motion for reconsideration with Judge Padilla of the Workers' Compensation Appeals Board in San Jose. The extent of this Court's involvement in Doan's matters is to have dismissed his discrimination complaint with prejudice in May of last year after a series of amendments and motions, and to have entered final judgment against him at that time. See Order (dkt. 35). Doan sets out no grounds on which he is entitled to any relief from this Court regarding his unrelated worker's compensation matters, and the Court sees none. Doan's request, however construed, accordingly is DENIED.

    **IT IS SO ORDERED.**

Dated: June 23, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE